CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES LEGAL SERVICES FUND, SAN FRANCISCO HOTEL-RESTAURANT LABOR MANAGEMENT EDUCATION FUND; MICHAEL CASEY, DOUGLAS CORNFORD, IAN LEWIS, LAMOIN WERLEIN-JAEN, KIM WIRSHING, ROBERT BERGER, BRUCE R. BAILEY, DEAN LEHR, and MARIANA WONG in their capacity as trustees of the FUNDS,<br><br>Plaintiffs,<br>v.<br><br>SMG FOOD AND BEVERAGE, LLC, a Pennsylvania limited liability company, and DOES ONE through TWENTY, inclusive.<br><br>Defendants | Case No.3:11-cv-03798-EDL<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

|     |     |                                                |
| --- | --- | ---------------------------------------------- |
| 1   | ☐   | Non-binding Arbitration (ADR L.R. 4)           |
| 2   | ☐   | Early Neutral Evaluation (ENE)  (ADR L.R. 5)   |
| 3   | ☐   | Mediation (ADR L.R. 6)                         |

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:

XX  Private ADR (please identify process and provider)   The parties have agreed to select a neutral provider by no later than November 8, 2011.

The parties agree to hold the ADR session by:

XX  the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )

☐  other requested deadline _____

Dated: 10/19/2011        /s/ Christine S. Hwang
                         Christine S. Hwang
                         Attorney for Plaintiffs


Dated: 10/19/2011        /s/ Lisa van Krieken
                         Lisa van Krieken
                         Attorney for Defendant

2

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

## ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- XX Private ADR

Deadline for ADR session
- XX 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: October 20, 2011

*/s/ Elizabeth D. Laporte*
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS