| | |
|---|---|
| FOLGER LEVIN LLP<br>Lisa M. van Krieken (CSB No. 121808)<br>Genevieve Evarts (CSB No. 226874)<br>199 Fremont Street, 23rd Floor<br>San Francisco, CA 94105<br>Telephone: 415.625.1050<br>Facsimile: 415.625.1091<br>lvankrieken@folgerlevin.com<br>gevarts@folgerlevin.com | LEONARD CARDER, LLP<br>CHRISTINE S. HWANG (SBN 184549)<br>LINDSAY R. NICHOLAS (SBN 273063)<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br>Tel: (415) 771-6400<br>Fax: (415) 771-7010<br>chwang@leonardcarder.com<br>nicholas@leonardcarder.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES LEGAL SERVICES FUND, SAN FRANCISCO HOTEL-RESTAURANT LABOR MANAGEMENT EDUCATION FUND; MICHAEL CASEY, DOUGLAS CORNFORD, IAN LEWIS, LAMOIN WERLEIN-JAEN, KIM WIRSHING, ROBERT BERGER, BRUCE R. BAILEY, DEAN LEHR, and MARIANA WONG in their capacity as trustees of the FUNDS,<br><br>Plaintiffs,<br><br>and<br><br>SMG FOOD AND BEVERAGE, LLC, a Pennsylvania limited liability company, and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-3798 EDL<br><br>Complaint Filed: August 1, 2011<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>CMC DATE: March 16, 2012<br>TIME: 10:00 AM<br>COURTROOM: E, 15th Floor<br>JUDGE ELIZABETH D. LAPORTE |

Plaintiffs San Francisco Culinary, Bartenders And Service Employees Welfare Fund, San Francisco Culinary, Bartenders And Service Employees Pension Fund, San Francisco Culinary, Bartenders and Service Employees Legal Services Fund, San Francisco Hotel-Restaurant Labor-

1  Management Education Fund, Michael Casey, Douglas Cornford, Ian Lewis, Lamoin Werlein-Jaen,
2  Kim Wirshing, Robert Berger, Bruce R. Bailey, Dean Lehr, and Mariana Wong in their capacity as
3  Trustees of the Funds ("Plaintiffs"), and Defendant SMG Food & Beverage, LLC ("Defendant")
4  hereby stipulate and agree as follows:

5      Because the parties have reached a settlement in the above-captioned matter (following a
6  mediation held on January 30, 2012), and because the parties are in the process of finalizing a
7  written Settlement Agreement and General Release, the parties hereby stipulate and agree that the
8  Further Case Management Conference currently on calendar for <u>Friday, March 16, 2012 at 10:00
9  a.m.</u> should be continued to **Tuesday, April 24, 2012 at 10:00 a.m.**

10      IT IS SO STIPULATED:

11  Dated: March 13, 2012                                    Dated: March 13, 2012

12  FOLGER LEVIN LLP                                          LEONARD CARTER LLP

13  /s/ Lisa M. van Krieken                                   /s/ Christine S. Hwang

14  Lisa M. van Krieken                                       Christine S. Hwang
15  Attorneys for Defendant                                   Attorneys for Plaintiffs

---

17  **[PROPOSED] ORDER:**

18      Pursuant to the Stipulation of the parties, the Further Case Management Conference on
19  calendar for Friday, March 16, 2012 at 10:00 a.m. is hereby continued to **Tuesday, April 24,
20  2012 at 10:00 a.m.**

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Dated: March 13, 2012

24      THE HONORABLE ELIZABETH D. LAPORTE
25      UNITED STATES MAGISTRATE JUDGE

27  32003-5058/768420.1

28