| | |
|---|---|
| FOLGER LEVIN LLP | LEONARD CARDER, LLP |
| Lisa M. van Krieken (CSB No. 121808) | CHRISTINE S. HWANG (SBN 184549) |
| Genevieve Evarts (CSB No. 226874) | LINDSAY R. NICHOLAS (SBN 273063) |
| 199 Fremont Street, 23rd Floor | 1188 Franklin Street, Suite 201 |
| San Francisco, CA 94105 | San Francisco, CA 94109 |
| Telephone: 415.625.1050 | Tel: (415) 771-6400 |
| Facsimile: 415.625.1091 | Fax: (415) 771-7010 |
| lvankrieken@folgerlevin.com | chwang@leonardcarder.com |
| gevarts@folgerlevin.com | nicholas@leonardcarder.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES WELFARE FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES PENSION FUND, SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES LEGAL SERVICES FUND, SAN FRANCISCO HOTEL-RESTAURANT LABOR MANAGEMENT EDUCATION FUND; MICHAEL CASEY, DOUGLAS CORNFORD, IAN LEWIS, LAMOIN WERLEIN-JAEN, KIM WIRSHING, ROBERT BERGER, BRUCE R. BAILEY, DEAN LEHR, and MARIANA WONG in their capacity as trustees of the FUNDS,<br><br>Plaintiffs,<br><br>and<br><br>SMG FOOD AND BEVERAGE, LLC, a Pennsylvania limited liability company, and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-3798 EDL<br><br>Complaint Filed: August 1, 2011<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>CMC DATE:   March 16, 2012<br>TIME:            10:00 AM<br>COURTROOM:  E, 15th Floor<br>JUDGE ELIZABETH D. LAPORTE |

Plaintiffs San Francisco Culinary, Bartenders And Service Employees Welfare Fund, San Francisco Culinary, Bartenders And Service Employees Pension Fund, San Francisco Culinary, Bartenders and Service Employees Legal Services Fund, San Francisco Hotel-Restaurant Labor-

Management Education Fund, Michael Casey, Douglas Cornford, Ian Lewis, Lamoin Werlein-Jaen, Kim Wirshing, Robert Berger, Bruce R. Bailey, Dean Lehr, and Mariana Wong in their capacity as Trustees of the Funds ("Plaintiffs"), and Defendant SMG Food & Beverage, LLC ("Defendant") hereby stipulate and agree as follows:

Because the parties have reached a settlement in the above-captioned matter (following a mediation held on January 30, 2012), and because the parties are in the process of finalizing a written Settlement Agreement and General Release, the parties hereby stipulate and agree that the Further Case Management Conference currently on calendar for <u>Friday, March 16, 2012 at 10:00 a.m.</u> should be continued to <u>Tuesday, April 24, 2012 at 10:00 a.m.</u>

IT IS SO STIPULATED:

| Dated: March 13, 2012 | Dated: March 13, 2012 |
|---|---|
| FOLGER LEVIN LLP | LEONARD CARTER LLP |
| /s/ Lisa M. van Krieken | /s/ Christine S. Hwang |
| Lisa M. van Krieken<br>Attorneys for Defendant | Christine S. Hwang<br>Attorneys for Plaintiffs |

[PROPOSED] ORDER:

Pursuant to the Stipulation of the parties, the Further Case Management Conference on calendar for Friday, March 16, 2012 at 10:00 a.m. is hereby continued to **Tuesday, April 24, 2012 at 10:00 a.m.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2012

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

32003-5058/768420.1

FOLGER LEVIN LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE;
CASE NO. 3:11-CV-3798 EDL